WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank National Association, as Trustee for the GSAMP Trust 2006-HE2 Mortgage Pass-Through Certificates, Series 2006-HE2*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE GSAMP TRUST 2006-HE2 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-HE2,, <br><br> Plaintiff, <br><br> vs. <br><br> CHICAGO TITLE INSURANCE COMPANY, <br><br> Defendants. | Case No.:   2:19-cv-01728-GMN-VCF <br><br> **STIPULATION TO 1) AMEND COMPLAINT AND 2) SET RESPONSE DEADLINES** |

Plaintiff, U.S. Bank National Association, as Trustee for the GSAMP Trust 2006-HE2 Mortgage Pass-Through Certificates, Series 2006-HE2 ("U.S. Bank") and Defendant Chicago Title Insurance Company ("Chicago Title", collectively, the "Parties"), by and through their undersigned counsel, stipulate and agree as follows, subject to the approval of the District Court:

1. On October 4, 2019, U.S. Bank filed its Complaint against Chicago Title [ECF No. 1];

2. Thereafter, on January 3, 2020, the Court granted the Parties' Stipulation to Stay the instant action pending the appeal in *Wells Fargo Bank, N.A. v. Fidelity National Title Ins. Co.*, Ninth Cir. Case No. 19-17332 (District Court Case No. 3:19-cv-00241-MMD-WGZ) ("*Wells Fargo II*") [ECF No. 6];

3. Whereas, prior to the stay of litigation, Chicago Title has not yet responded to the Complaint;

4. On November 5, 2021, the Ninth Circuit issued its Memorandum Disposition in *Wells Fargo II*, vacating the district court's decision granting dismissal of Wells Fargo's claims and remanding for further proceedings. The mandate issued on November 29, 2021.

5. Additionally, U.S. Bank intends on amending its Complaint.

6. Chicago Title does not have an objection to the amended pleading;

7. The Parties hereby agree that U.S. Bank shall have thirty (30) days from the entry of the order on this Stipulation to file its amended pleading.

8. Defendants shall have thirty (30) days from the filing of U.S. Bank's amended pleading to file their response.

**IT IS SO STIPULATED.**

DATED this 11th day of April, 2022.

WRIGHT, FINLAY & ZAK, LLP

/s/ *Lindsay D. Dragon, Esq.*
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff*

DATED this 11th day of April, 2022.

SINCLAIR BRAUN LLP

*/s/ Kevin Sinclair, Esq.*
Kevin Sinclair, Esq.
Nevada Bar No. 12277
16501 Venture Boulevard, Suite 400
Encino, California 91436
*Attorneys for Defendants*

**IT IS SO ORDERED**.

DATED: 4-12-2022

Cam Ferenbach
United States Magistrate Judge