WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank National Association, as Trustee for the GSAMP Trust 2006-HE2 Mortgage Pass-Through Certificates, Series 2006-HE2*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE GSAMP TRUST 2006-HE2 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-HE2,<br><br>Plaintiff,<br><br>vs.<br><br>CHICAGO TITLE INSURANCE COMPANY,<br><br>Defendants. | Case No.:  2:19-cv-01728-GMN-VCF<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO MOTION TO STAY CASE [ECF NO. 31]**<br><br>**(First Request)** |

   Plaintiff, U.S. Bank National Association, as Trustee for the GSAMP Trust 2006-HE2 Mortgage Pass-Through Certificates, Series 2006-HE2 ("U.S. Bank") and Defendant Chicago Title Insurance Company ("Chicago Title", collectively, the "Parties"), by and through their undersigned counsel, stipulate and agree as follows, subject to the approval of the District Court:

   1. On August 18, 2022, Chicago Title filed a Motion to Stay Case [ECF No. 31];
   2. U.S. Bank's deadline to respond to Chicago Title's Motion to Stay Case is currently September 1, 2022;
   3. U.S. Bank's counsel is requesting an extension until Monday, October 3, 2022, to file its response to the pending Motion as counsel for U.S. Bank will be out of the country for the Labor Day holiday and will need additional time to respond to the points and authorities cited in the pending Motion upon counsel's return;

4. Counsel for Chicago Title does not oppose the requested extension;

5. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 1st day of September 2022.          DATED this 1st day of September 2022.

WRIGHT, FINLAY & ZAK, LLP                      SINCLAIR BRAUN LLP

/s/ *Lindsay D. Dragon, Esq.*                  /s/ *Kevin Sinclair, Esq.*
Lindsay D. Dragon, Esq.                        Kevin Sinclair, Esq.
Nevada Bar No. 13474                           Nevada Bar No. 12277
7785 W. Sahara Ave., Suite 200                 16501 Venture Boulevard, Suite 400
Las Vegas, NV 89117                            Encino, California 91436
*Attorneys for Plaintiff*                      *Attorneys for Defendant*

**IT IS SO ORDERED.**

Dated this __1__ day of September, 2022

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT