WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank National Association, as Trustee for the GSAMP Trust 2006-HE2 Mortgage Pass-Through Certificates, Series 2006-HE2*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE GSAMP TRUST 2006-HE2 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-HE2,<br><br>Plaintiff,<br><br>vs.<br><br>CHICAGO TITLE INSURANCE COMPANY,<br><br>Defendants. | Case No.:   2:19-cv-01728-GMN-VCF<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO MOTION TO STAY CASE [ECF NO. 31]**<br><br>**(Second Request)** |

Plaintiff, U.S. Bank National Association, as Trustee for the GSAMP Trust 2006-HE2 Mortgage Pass-Through Certificates, Series 2006-HE2 ("U.S. Bank") and Defendant Chicago Title Insurance Company ("Chicago Title", collectively, the "Parties"), by and through their undersigned counsel, stipulate and agree as follows, subject to the approval of the District Court:

1. On August 18, 2022, Chicago Title filed a Motion to Stay Case [ECF No. 31];
2. U.S. Bank's deadline to respond to Chicago Title's Motion to Stay Case is currently October 3, 2022;
3. U.S. Bank's counsel is requesting extension until November 2, 2022, to provide the Parties with an opportunity to discuss settlement.
4. Counsel for Chicago Title does not oppose the requested extension;

5. This is the second request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 3rd day of October 2022.                    DATED this 3rd day of October 2022.

WRIGHT, FINLAY & ZAK, LLP                              SINCLAIR BRAUN LLP

/s/ *Lindsay D. Dragon, Esq.*                          */s/ Kevin Sinclair, Esq.*
Lindsay D. Dragon, Esq.                                Kevin Sinclair, Esq.
Nevada Bar No. 13474                                   Nevada Bar No. 12277
7785 W. Sahara Ave., Suite 200                         16501 Venture Boulevard, Suite 400
Las Vegas, NV 89117                                    Encino, California 91436
*Attorneys for Plaintiff*                              *Attorneys for Defendant*

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED   10-6-2022 _____