WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank National Association, as Trustee for the GSAMP Trust 2006-HE2 Mortgage Pass-Through Certificates, Series 2006-HE2*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE GSAMP TRUST 2006-HE2 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-HE2,<br><br>Plaintiff,<br><br>vs.<br><br>CHICAGO TITLE INSURANCE COMPANY,<br><br>Defendants. | Case No.:   2:19-cv-01728-GMN-VCF<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO MOTION TO STAY CASE [ECF NO. 31]**<br><br>**(Third Request)** |

Plaintiff, U.S. Bank National Association, as Trustee for the GSAMP Trust 2006-HE2 Mortgage Pass-Through Certificates, Series 2006-HE2 ("U.S. Bank") and Defendant Chicago Title Insurance Company ("Chicago Title", collectively, the "Parties"), by and through their undersigned counsel, stipulate and agree as follows, subject to the approval of the District Court:

1. On August 18, 2022, Chicago Title filed a Motion to Stay Case [ECF No. 31];
2. U.S. Bank's deadline to respond to Chicago Title's Motion to Stay Case is currently November 2, 2022;
3. U.S. Bank's counsel is requesting an extension until December 2, 2022, to provide U.S. Bank an opportunity to make a settlement demand.
4. Counsel for Chicago Title does not oppose the requested extension;

5. This is the third request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 2nd day of November, 2022. | DATED this 2nd day of November, 2022. |
| WRIGHT, FINLAY & ZAK, LLP | SINCLAIR BRAUN LLP |
| /s/ *Lindsay D. Dragon, Esq.* | */s/ Kevin Sinclair, Esq.* |
| Lindsay D. Dragon, Esq. | Kevin Sinclair, Esq. |
| Nevada Bar No. 13474 | Nevada Bar No. 12277 |
| 7785 W. Sahara Ave., Suite 200 | 16501 Venture Boulevard, Suite 400 |
| Las Vegas, NV 89117 | Encino, California 91436 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

## ORDER

**IT IS SO ORDERED.**

Dated this __3__ day of November, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT