WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank National Association, as Trustee for the GSAMP Trust 2006-HE2 Mortgage Pass-Through Certificates, Series 2006-HE2*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE GSAMP TRUST 2006-HE2 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-HE2,<br><br>Plaintiff,<br>vs.<br><br>CHICAGO TITLE INSURANCE COMPANY,<br><br>Defendants. | Case No.: 2:19-cv-01728-GMN-VCF<br><br>**STIPULATION AND ORDER TO DISMISS CASE WITHOUT PREJUDICE** |

Plaintiff, U.S. Bank National Association, as Trustee for the GSAMP Trust 2006-HE2 Mortgage Pass-Through Certificates, Series 2006-HE2 ("Plaintiff") and Defendant, Chicago Title Insurance Company ("Defendant"), by and through their counsel of record, hereby stipulate and agree as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**IT IS HEREBY STIPULATED AND AGREED** that the Complaint is dismissed without prejudice, with each party bearing its own fees and costs.

    **IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 19th day of August, 2023. | DATED this 19th day of August, 2023. |
| WRIGHT, FINLAY & ZAK, LLP | SINCLAIR BRAUN LLP |
| */s/ Lindsay D. Dragon* <br> Lindsay D. Dragon, Esq. <br> Nevada Bar No. 13474 <br> 7785 W. Sahara Ave., Suite 200 <br> Las Vegas, NV 89117 <br> *Attorney for Plaintiff, U.S. Bank National Association, as Trustee for the GSAMP Trust 2006-HE2 Mortgage Pass-Through Certificates, Series 2006-HE2* | */s/ Kevin Sinclair* <br> Kevin Sinclair, Esq. <br> Nevada Bar No. 12277 <br> 16501 Venture Boulevard, Suite 400 <br> Encino, California 91436 <br> *Attorney for Defendant, Chicago Title Insurance Company* |

**IT IS SO ORDERED.**

Dated this __25__ day of August, 2023.

_____ <br>
UNITED STATES DISTRICT JUDGE